Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. Debtor's name | **Apex Turnkey Services, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**ATS Restoration & Construction, LLC**

**3. Debtor's federal Employer Identification Number (EIN)**

4 7 – 3 8 7 0 1 2 6

**4. Debtor's address**

Principal place of business

**102 Business Park Way, Suite200**
Number   Street

**Mckinney, TX 75071**
City                    State    ZIP Code

**Collin**
County

Mailing address, if different from principal place of business

Number        Street

City                       State    ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                       State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Apex Turnkey Services, LLC**                                    Case number *(if known)* _____
_____
          Name

**7. Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                MM / DD / YYYY

        Case number, if known _____

Debtor   **Apex Turnkey Services, LLC**                                    Case number *(if known)* _____
    Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>              Number     Street<br><br>        _____<br><br>        _____   _____  _____<br>        City                        State   ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

| | |
|---|---|
| ⬛ | **Statistical and administrative information** |

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000              ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million       ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  **Apex Turnkey Services, LLC**                                         Case number *(if known)*
        Name

---

**16. Estimated liabilities**

☐ $0-$50,000                ☑ $1,000,001-$10 million         ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million      ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/17/2026**
              MM/ DD/ YYYY

**X**  **/s/ Kyle Voris**                                    **Kyle Voris**
Signature of authorized representative of debtor            Printed name

Title        **CFO/Owner**

---

**18. Signature of attorney**

**X**          **/s/ Robert T DeMarco**              Date  **02/17/2026**
Signature of attorney for debtor                           MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**12770 Coit Road, Suite 850**
Number        Street

**Dallas**                                **TX**      **75251**
City                                      State     ZIP Code

**(972) 991-5591**                        **robert@demarcomitchell.com**
Contact phone                             Email address

**24014543**                              **TX**
Bar number                                State

---

**Fill in this information to identify the case:**

Debtor Name   **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:   **Northern**   District of   **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1.  **Wells Fargo**   **Checking account**   ___ ___ ___ ___   $0.00

4. **Other cash equivalents** *(Identify all)*

   4.1  _____

   4.2  _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   | $0.00 |

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | Current value of debtor's interest |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1  _____   _____

Debtor    **Apex Turnkey Services, LLC**                                Case number *(if known)* _____
          Name

7.2  _____                    _____

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____                    _____

    8.2  _____                    _____

9.  **Total of Part 2**                                                          | _____ |

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                                **Current value of
                                                                                debtor's interest**

11.  **Accounts receivable**

    11a. 90 days old or less:  **unknown**  -  **unknown**  =.....➡                **$84,295.59**
                              face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:  **unknown**  -  **unknown**  =.....➡                    **$607,602.48**
                          face amount      doubtful or uncollectible accounts

12.  **Total of Part 3**                                                          | **$691,898.07** |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        **Valuation method used      Current value of
                                                        for current value            debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____        _____        _____

    14.2  _____        _____        _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                 % of
                                                    ownership:

    15.1. _____      _____    _____    _____

    15.2. _____      _____    _____    _____

Debtor   **Apex Turnkey Services, LLC**
_____   Case number *(if known)* _____
Name

| | |
|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

17.   **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|

_____

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20.  Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21.  Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22.  Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23.   **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

_____

24.   **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Apex Turnkey Services, LLC**

Name

Case number *(if known)*

---

| 27. | Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)? | | | |
|---|---|---|---|---|

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| **29.** | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| **30.** | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| **31.** | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| **32.** | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor **Apex Turnkey Services, LLC**

Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **FF&E See Attached** | **unknown** | | **$42,982.05** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $42,982.05 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **14LP-14BK6SIRPD-Trailer Big Tex** **14LP-14BK6SIRPD-Trailer / VIN: 16V1D1929M5046894** | **unknown** | | **unknown** |
| 47.2 **2021 Chevrolet Silverado 1500 / VIN: 3GCPWAEF1MG434431 Salvage** | **unknown** | | **$5,000.00** |

Debtor    **Apex Turnkey Services, LLC**    Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 47.3 **2021 Chevrolet Silverado 1500** / VIN: 3GCPWAEF2MG434356 | unknown | $15,195.00 |
| 47.4 **2021 Chevrolet Express Commercial Cutaway** / VIN: 1GB3GSC74M1159377 | unknown | $16,901.76 |
| 47.5 **2021 Chevrolet Silverado 1500** / VIN: 3GCPWAEF5MG433783 | unknown | $14,950.00 |
| 47.6 **2021 GMC Sierra** / VIN: 3GTU9CED8MG438514 | unknown | $24,244.00 |
| 47.7 **2014 Mercedes-Benz Sprinter** / VIN: WD3PE7CC2E5826030 | unknown | $13,733.00 |
| 47.8 **2022 Chevrolet Silverado 3500HD** / VIN: 1GC4YSEY0NF245891 | unknown | $49,407.00 |
| 47.9 **2021 Chevrolet Silverado 1500** / VIN: 3GCPWBEK5MG423029 | unknown | $5,000.00 |
| 47.10 **2021 GMC Sierra 2500HD** / VIN: 1GT49PEY3MF306739 | unknown | $45,930.00 |
| 47.11 **2021 GMC Sierra** / VIN: 1GTP9EED5MZ219602 | unknown | $40,166.00 |
| 47.12 **2021 GMC Silverado** / VIN: 3GCPWBEKOMG427375 | unknown | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    **2017 Big Big** / VIN: 16VNX1227H2027206      unknown      unknown

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

         $235,526.76

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

**Part 9:**    Real property

Debtor   **Apex Turnkey Services, LLC**
_____   Case number *(if known)* _____
Name

---

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                                                  _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| www.atsrestore.com | **unknown** | | **unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

---

Debtor    **Apex Turnkey Services, LLC**
_____    Case number *(if known)* _____
Name

---

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71.  **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➔ _____
                             Total face amount   doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **Apex Turnkey Services, LLC**
Name

Case number *(if known)*

**Nature of claim**

**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**

**Amount requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

Debtor   **Apex Turnkey Services, LLC**
          Name                                                        Case number *(if known)*

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $691,898.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $42,982.05 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $235,526.76 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $970,406.88 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $970,406.88 |

# Office Furniture & Equipment

| Name | Memo/Description | Amount |
|------|-----------------|--------|
| Orbital Computers | ORBITAL COMPUTERS | $2,592.00 |
| Costco | Withdrawal Debit Card W/D WWW COSTCO COM-Laptop | $1,093.30 |
| Costco | Withdrawal Debit Card W/D WWW COSTCO COM-Laptop | $768.56 |
| Costco | MCKINNEY TX #1557-Laptop | $930.93 |
| Costco | Deposit Debit Card Dep/Rtn WWW COSTCO COM-Printer | $768.56 |
| The Pradera (deleted) | Purchase of Refrigerator | $80.00 |
| | USED OFFICE FURNITURE | $1,055.44 |
| Costco | Work Spaces | $919.67 |
| Costco | Router | $216.48 |
| Costco | Office Equipment | $1,592.28 |
| | work spaces | $533.23 |
| Amazon | laptop | $1,077.67 |
| Amazon | computer | $1,291.83 |
| Xcaliber Industrial, LLC (deleted) | Racking System | $4,962.80 |
| Rad Figure, LLC (deleted) | Conference Table | $3,500.00 |
| Amazon | laptop for Hunter Carder | $599.95 |
| Amazon | Laptop - Richard Cullen | $1,099.00 |
| IKEA | IKEA.COM Office Desks | $812.81 |
| Amazon | fleet equipment - refunded | $2,309.40 |
| Rad Figure, LLC (deleted) | Conference Table | $2,002.02 |
| Rad Figure, LLC (deleted) | Conference Table | $3,976.46 |
| Amazon | Laptop - Wes Tornquist | $1,099.00 |
| Amazon | Computer Monitor | $139.99 |
| Amazon | Computer Monitors | $294.47 |
| Amazon | Laptop | $995.00 |
| Amazon | Office/Warehouse Equipment | $1,461.96 |
| | Jack Hammer | $1,840.24 |
| | Misc Equipment | $407.44 |
| Amazon | Leah laptop | $1,206.56 |
| Home Depot | Spray Foam Kit for shop | $1,185.00 |
| Nebraska Furniture | Office Eqipment | $971.00 |
| Dell | Laptop-Kyle | $1,199.00 |

**$42,982.05**

| Fill in this information to identify the case: |
| --- |

Debtor name  **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:  **Northern**    District of  **Texas**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
| --- | --- | --- |
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**  **Creditor's name**
**Ally Bank**

**Creditor's mailing address**
**PO Box 660109**

**Dallas, TX 75266**

**Creditor's email address, if known**
_____

**Date debt was incurred**  **9/2021**

**Last 4 digits of account number**  **4  8  8  6**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
2021 GMC Sierra

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
| --- | --- | --- |
| | $22,892.60 | $40,166.00 |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $671,251.95

Debtor    **Apex Turnkey Services, LLC**

Name                                                                                              Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2** **Creditor's name**

**Capital One**

**Creditor's mailing address**

**PO Box 60511**

**City of Industry, CA 91716**

**Creditor's email address, if known**

_____

**Date debt was incurred**          **9/2/2020**

**Last 4 digits of account**    **3  9  8  4**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 Mercedes-Benz Sprinter                                    **$4,869.41**        **$13,733.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Apex Turnkey Services, LLC**
_____   Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value
of collateral.

**Column B**
Value of collateral
that supports this
claim

**2.3** **Creditor's name**

**GM Financial**
_____

**Creditor's mailing address**

**PO Box 650595**
_____

**Dallas, TX 75265-0595**
_____

**Creditor's email address, if known**

_____

Date debt was incurred   **10/14/2021**

Last 4 digits of account   **5  6  0  5**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Chevrolet Silverado 1500

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,993.54**     **$5,000.00**

| Debtor | **Apex Turnkey Services, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4 Creditor's name**

**GM Financial**

**Describe debtor's property that is subject to a lien**

2021 Chevrolet Silverado 1500 — **$11,142.03** | **$15,195.00**

**Describe the lien**

**Creditor's mailing address**

P.O. Box 650595

Dallas, TX 75265-0595

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**      9/16/2021

**Last 4 digits of account number**      2  3  8  0

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Apex Turnkey Services, LLC**

Name    Case number (if known) _____

| | | Column A | Column B |
|---|---|---|---|

**Part 1:**    Additional Page

| Column A | Column B |
|---|---|
| **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5**   **Creditor's name**

**GM Financial**

**Creditor's mailing address**

**P.O. Box 650595**

**Dallas, TX 75265-0595**

**Creditor's email address, if known**

_____

Date debt was incurred    **9/16/2021**

Last 4 digits of account    **9**   **8**   **0**   **4**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Chevrolet Express Commercial Cutaway     **$16,901.76**     **$16,901.76**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Apex Turnkey Services, LLC**                                    Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**GM Financial**

**Creditor's mailing address**

**P.O. Box 650595**

**Dallas, TX 75265-0595**

**Creditor's email address, if known**

_____

Date debt was incurred     **9/16/2021**

Last 4 digits of account    **5**   **1**   **6**   **3**
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Chevrolet Silverado 1500           **$14,422.00**        **$14,950.00**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    **Apex Turnkey Services, LLC**    Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.7** **Creditor's name**

**GM Financial**

**Describe debtor's property that is subject to a lien**

2021 GMC Sierra     $20,850.29     $24,244.00

**Creditor's mailing address**

**P.O. Box 650595**

**Dallas, TX 75265-0595**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**    **6  9  1  2**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   **Apex Turnkey Services, LLC**
_____

Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.8**   **Creditor's name**

**GM Financial**

**Describe debtor's property that is subject to a lien**

2022 Chevrolet Silverado 3500HD

**$29,164.03**     **$49,407.00**

**Creditor's mailing address**

P.O. Box 650595

**Describe the lien**

_____

Dallas, TX 75265-0595

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    3/28/2022

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    4  6  9  1

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Apex Turnkey Services, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.9** **Creditor's name**

**GM Financial**

**Describe debtor's property that is subject to a lien**

2021 Chevrolet Silverado 1500

**$13,628.82**

**$5,000.00**

**Creditor's mailing address**

P.O. Box 650595

Dallas, TX 75265-0595

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** 8/3/2021

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** 6 6 9 0

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor  **Apex Turnkey Services, LLC**
Name

| Case number (if known) |
|---|

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | |
|---|---|
| **2.10** **Creditor's name** **GM Financial** | **Describe debtor's property that is subject to a lien** 2021 GMC Sierra 2500HD |

**Amount of claim:** $29,778.58    **Value of collateral:** $45,930.00

**Creditor's mailing address**

P.O. Box 650595

Dallas, TX 75265-0595

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    9/10/2021

**Last 4 digits of account number**    8  6  9  1

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    **Apex Turnkey Services, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.11** Creditor's name

**GM Financial**

Describe debtor's property that is subject to a lien

2021 GMC Silverado                                          $13,629.00              $5,000.00

Creditor's mailing address

P.O. Box 650595

Dallas, TX 75265-0595

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account    **9  8  5  1**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor  **Apex Turnkey Services, LLC**
_____
        Name                                                    Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|--|----------|----------|
| | *Amount of claim* | *Value of collateral that supports this claim* |
| | Do not deduct the value of collateral. | |

**2.12** **Creditor's name**

**Prosperity Bank**

Describe debtor's property that is subject to a lien                    $478,979.89              unknown

_____

**Creditor's mailing address**

**2101 Custer Road**

_____

**Plano, TX 75075**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     **1/27/2025**

**Last 4 digits of account number**     **1 2 0 4**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Line of Credit

Debtor    **Apex Turnkey Services, LLC**

Case number (if known) _____

Name

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Voris, Kyle** <br> **11017 North 10th Street** <br> **Phoenix, AZ 85020** | Line 2. __4__ | ___ ___ ___ ___ |
| **Kelly Voris** <br> **8233 Legacy Trail** <br> **Mckinney, TX 75071** | Line 2. __4__ | ___ ___ ___ ___ |
| **Jason Reep** <br> **Prosperity Bank** <br> **3900 S. Soncy Road** <br> **Amarillo, TX 79119** | Line 2. __12__ | ___ ___ ___ ___ |
| **Jeremiah B. Hayes** <br> **15851 N. Dallas Pkwy. Ste. 410** <br> **Addison, TX 75001** | Line 2. __12__ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor  **Apex Turnkey Services, LLC**
        Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Apex Turnkey Services, LLC** |
| United States Bankruptcy Court for the: |
| **Northern District of Texas** |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1**   Priority creditor's name and mailing address

**Collin County Tax Assesor Collector**

**PO Box 8046**

**Mckinney, TX 75070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $8,990.90        **Priority amount** $8,990.90

Date or dates debt was incurred
**2025**

Basis for the Claim:
_____

Last 4 digits of account number **5   2   3   1**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**2.2**   Priority creditor's name and mailing address

**Collin County Tax Assesor Collector**

**PO Box 8046**

**Mckinney, TX 75070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $33,010.43        **Priority amount** $33,010.43

Date or dates debt was incurred
**2023/2024**

Basis for the Claim:
_____

Last 4 digits of account number **5   2   3   1**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

| Debtor | **Apex Turnkey Services, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,264.87 | $13,264.87 |
|---|---|---|---|---|

**Texas Comptroller**

**Capitol Station**

**PO Box 13528**

**Austin, TX 78711-3528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**10/25/2025**

**Basis for the Claim:**

_____

**Last 4 digits of account**

**number ___ ___ ___ ___**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**Remarks:** State Franchise Tax

| Debtor | **Apex Turnkey Services, LLC** | Case number *(if known)* |
| | Name | |

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |

**3.1**
Nonpriority creditor's name and mailing address

**A&J Granite Countertops**

**13845 Stardust Ln.**

**Dallas, TX 75234**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,728.00**

---

**3.2**
Nonpriority creditor's name and mailing address

**Accuserve Solutions Inc.**

**PO Box 9201, LBX 130106**

**Minneapolis, MN 55480-9201**

Date or dates debt was incurred    **2023-2025**

Last 4 digits of account number    **0  0  7  5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$5,325.08**

---

**3.3**
Nonpriority creditor's name and mailing address

**Alert 360**

**2448 E. 81st Street, Suite 4300**

**Tulsa, OK 74137-4285**

Date or dates debt was incurred    **2025**

Last 4 digits of account number    **2  4  7  3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$1,464.20**

---

**3.4**
Nonpriority creditor's name and mailing address

**American Express**

**115 W. Towne Ridge Parkway**

**Sandy, UT 84070**

Date or dates debt was incurred    **01/2022-03/2025**

Last 4 digits of account number    **1  0  0  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$122,410.69**

---

Debtor **Apex Turnkey Services, LLC**
_____
Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**American Express**

**116 W. Towne Ridge Parkway**

**Sandy, UT 84070**

Date or dates debt was incurred _____

Last 4 digits of account number **2  0  0  0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$22,311.01

---

**3.6** Nonpriority creditor's name and mailing address

**Artisan & Truckers Casualty Co., as Subrogee of First Capital Haulers, Inc**

**939 N. Plum Grove Rd, Ste E**

**Schaumburg, IL 60173**

Date or dates debt was incurred _____

Last 4 digits of account number **0  2  7  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,712.00

---

**3.7** Nonpriority creditor's name and mailing address

**Brooks Plumbing**

**627 Walnut Cir E**

**Garland, TX 75040**

Date or dates debt was incurred **2025**

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,166.98

---

**3.8** Nonpriority creditor's name and mailing address

**Community Waste Disposal**

**PO Box 208939**

**Dallas, TX 75320-8939**

Date or dates debt was incurred _____

Last 4 digits of account number **-  0  5  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,972.78

---

Debtor    **Apex Turnkey Services, LLC**
_____    Case number *(if known)* _____
Name

| **Part 2:** | Additional Page |

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,290.28

**Corporate Business Solutions, Inc**

**1910 Thomas Avenue**

**Cheyenne, WY 82001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number**    5   5   6   0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,801.94

**Crawford Contractor Connection**

**PO Box 917373**

**Orlando, FL 32891-7373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown

**D. Ray Murphy**

**c/o Jeff Webster & Thyra Webster**
**Abernathy, Roeder, Boyd & Hullett, PC**

**1700 Redbud Blvd. 200**

**Austin, TX**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,234.17

**Danny's Flooring, LLC**

**3611 Tranquility Ln, Apt 11107**

**Rowlett, TX 75089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **10/24-01/2025**

**Basis for the claim:** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Apex Turnkey Services, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,897.00 |
|---|---|---|---|

**DCG Environmentals, LLC**

**211 W. Pleasant Run Rd, Suite 111**

**Lancaster, TX 75146**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | | $11,261.63 |
|---|---|---|---|

**DDS Construction, Inc**

**1104 W Milam St.**

**Ennis, TX 75119**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | | $2,850.00 |
|---|---|---|---|

**DFW Workskills**

**PO Box 1030**

**Somerville, TX 77879**

Date or dates debt was incurred   2025

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | | $4,516.79 |
|---|---|---|---|

**DOM Solution**

**PO Box 152982**

**Austin, TX 78715**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Apex Turnkey Services, LLC**
_____   Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,679.00 |

**Dorado Remodeling**

**310 Sand creed Rd.**

**Cartwright, OK 74731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $126,731.12 |

**Erik & Cassandra Robbins**

**c/o Ruggeio Law Firm**

**1411 West Avenue Suite 200**

**Austin, TX 78701**

*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,950.00 |

**Fernandez Roof**

**3213 Sanders Dr.**

**Garland, TX 75042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,622.80 |

**Floor & Décor**

**PO Box 8427787**

**Dallas, TX 75284-2787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2025**

Basis for the claim: _____

Last 4 digits of account number    **7  7  5  1**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Apex Turnkey Services, LLC**
         _____   Case number *(if known)* _____
         Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,215.00**
---

**Floor Max**

**4114 Billy Mitchell Dr.**

**Addison, TX 75001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2025**

Last 4 digits of account number   ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,546.00**

**Garrett Crites**

**4154 Sun King Lane**

**Frisco, TX 75033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2024**

Last 4 digits of account number   ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$195.00**

**Haltex Plumbing**

**2301 Colorado Blvd.**

**Denton, TX 76205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2025**

Last 4 digits of account number   ___ ___ ___ ___

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$980.57**

**Herc Rentals**

**27500 Riverview Center Blvd, Suite 100,**

**Bonita Springs, FL 34134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Last 4 digits of account number   **3** _ **H  G**

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Apex Turnkey Services, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,774.09
--- | --- | ---

**Home Depot**

**PO Box 790340**

**Saint Louis, MO 63179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2024-2025**

Basis for the claim: _____

Last 4 digits of account number   **2  4  5  0**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

**HP EnviroVision**

**310 E. Trinity Blvd., #800**

**Grand Prairie, TX 75050**

As of the petition filing date, the claim is: **$12,435.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2025**

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27**  Nonpriority creditor's name and mailing address

**J&J Granite**

**2805 Permian Rd.**

**Aubrey, TX 76227**

As of the petition filing date, the claim is: **$15,277.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28**  Nonpriority creditor's name and mailing address

**Jesus Rodriguez-N&J Labs Remodeling**

**913 Steadman Dr,**

**Cedar Hill, TX 75104**

As of the petition filing date, the claim is: **$1,350.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2025**

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Apex Turnkey Services, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |

---

**3.29** Nonpriority creditor's name and mailing address

Jonathan Guerreca

J&J Granite LLC

2805 Permian RD.

Aubrey, TX 76227

Date or dates debt was incurred     2024

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,240.00

---

**3.30** Nonpriority creditor's name and mailing address

Kingsway Construction

423 Stone Bridge Circle

Allen, TX 75013

Date or dates debt was incurred     10/25/2024

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,500.00

---

**3.31** Nonpriority creditor's name and mailing address

Kyle Voris

11017 North 10th Street

85020

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

Remarks: Owner Loan

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$186,115.97

---

**3.32** Nonpriority creditor's name and mailing address

Lake Forest Business Park

816 Parkwood Ct

Mckinney, TX 75072

Date or dates debt was incurred     2024-Present

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,900.00

---

Debtor    **Apex Turnkey Services, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

---

**3.33**   Nonpriority creditor's name and mailing address

**Leviton Law Firm, LTD**

**c/o FedEx**
**Don A. Leviton**

**One Pierce Place Ste. 725W**

**Itasca, IL 60143**

Date or dates debt was incurred   _____

Last 4 digits of account number   **9  9  2  1**

Remarks: FedEX - 861469921

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$656.10

---

**3.34**   Nonpriority creditor's name and mailing address

**Libby Sparks Willis Starnes, PLLC**

**5950 Berkshire Ln Ste 200**

**Dallas, TX 75225**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$24,081.16

---

**3.35**   Nonpriority creditor's name and mailing address

**LL Flooring Inc.**

**1717 N Central Expy,**

**Plano, TX 75075**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.36**   Nonpriority creditor's name and mailing address

**Luis Meza Santa Fe Painting & Drywall**

**4807 rolling meadows dr #102,**

**Dallas, TX 75211**

Date or dates debt was incurred   **2025**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,000.00

---

Debtor    **Apex Turnkey Services, LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.37**  Nonpriority creditor's name and mailing address

**Matt Price**

**4813 Sycamore St**

**Dallas, TX 75204**

Date or dates debt was incurred    **2025**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,538.36**

---

**3.38**  Nonpriority creditor's name and mailing address

**Mendoza Drywall**

**2348 Lockhart Ave**

**Dallas, TX 75228**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$32,600.00**

---

**3.39**  Nonpriority creditor's name and mailing address

**Mesquite Plumbiing**

**PO Box BOX 360661**

**Dallas, TX 75336-0661**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$3,200.00**

---

**3.40**  Nonpriority creditor's name and mailing address

**Metroplex Gutters**

**1047 Bells Chapel Rd.**

**Waxahachie, TX 75165**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,778.50**

---

Debtor    **Apex Turnkey Services, LLC**
Name

Case number *(if known)*

## Part 2: Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,700.46 |
|---|---|---|---|

**Miller Equipment Co**

**1000 N First Street**

**Garland, TX 75040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,736.00 |
|---|---|---|---|

**Monte's Piano Services**

**2403 Engleforo Drive**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    2024

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671.84 |
|---|---|---|---|

**Nebraska Furniture Mart**

**PO Box 3000**

**86103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number   2   4   0   9

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $460.80 |
|---|---|---|---|

**NSL Contracting, LLC**

**4675 CR 1080**

**Princeton, TX 75407**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    2021

**Basis for the claim:** _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | **Apex Turnkey Services, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.45** | Nonpriority creditor's name and mailing address

**Promenade Clocks**

**300 N Coit Rd #158**

**Richardson, TX 75080**

Date or dates debt was incurred **2025**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$440.00**

---

**3.46** | Nonpriority creditor's name and mailing address

**Raul Perez**

**408 S. Texas Street**

**Celina, TX 75009**

Date or dates debt was incurred **2024-Present**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$49,267.00**

---

**3.47** | Nonpriority creditor's name and mailing address

**Revenued, LLC**

**55 Almerica Avenue 2nd Floor**

**Miami, FL 33134**

Date or dates debt was incurred **8/8/2025**

Last 4 digits of account number ___ ___ ___ ___

Remarks: 3rd Party lender

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$127,068.75**

---

**3.48** | Nonpriority creditor's name and mailing address

**Sherwin Williams**

**PO Box 840943**

**Dallas, TX 75284-0943**

Date or dates debt was incurred **2024/2025**

Last 4 digits of account number **7  9  -  2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$729.63**

---

Debtor   **Apex Turnkey Services, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,434.88

**Smurfit Westrock Packing Solution**

**PO Box 844138**

**Dallas, TX 75284-4138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2024-2025**

Basis for the claim: _____

Last 4 digits of account number   **0   6   9   7**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,107.05

**Spark Capital One**

**PO Box 60519,**

**City of Industry, CA 91716-0519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   **1   1   9   6**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00

**Steve Vasquez**

**2605 Johnson Dr.**

**Mesquite, TX 75181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,200.00

**Supreme Millwork**

**5621 Wimbleton Way**

**Fort Worth, TX 76133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2025**

Basis for the claim: _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Apex Turnkey Services, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.53** Nonpriority creditor's name and mailing address

**Texas Building Supply**

**PO Box 200931**

**Dallas, TX 75320-0931**

Date or dates debt was incurred

Last 4 digits of account number    **-  0  4  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,013.34

---

**3.54** Nonpriority creditor's name and mailing address

**Texoma Services**

**PO Box 2871**

**Sherman, TX 75091**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,032.88

---

**3.55** Nonpriority creditor's name and mailing address

**The Law Offices of Paul G. Dell, PC**

**Reg. NorthStar Renovations**

**3900 S. Stonebridge Drive, Suite 204**

**Mckinney, TX 75070**

Date or dates debt was incurred    **October 2004-December 2005**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,400.00

---

**3.56** Nonpriority creditor's name and mailing address

**Top Notch Electrician**

**324 West US Highway 82**

**Sherman, TX 75092**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,106.18

---

Debtor  **Apex Turnkey Services, LLC**
Name

Case number *(if known)* _____

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $832.69 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Uhaul**

**PO Box BOX 52128**

**Phoenix, AZ 85072**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __1_ __6_ __0_ __9_

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Apex Turnkey Services, LLC**                                    Case number *(if known)*
                    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Gurstel Law Firm** <br> **9320 E Raintree Dr Suite 100** <br> **Scottsdale, AZ 85260** | Line **3.20** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.2 **Gurstel Law Firm P.C.** <br> **Mike Daum** <br> **6681 Country Club Drive,** <br> **Minneapolis, MN 55427** | Line **3.21** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.3 **James Yarborough** <br> **Ryan & Jacobs** <br> **5465 Legacy Dr. Ste 650** <br> **Plano, TX 75024** | Line **3.26** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.4 **kyle Voris** | Line **3.4** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.5 **Michael Van Sluytman, Esq.** <br> **55 Almeria Ave. 2nd Floor** <br> **Miami, FL 33134** | Line **3.47** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.6 **NorthStar Renovations** <br> **1473 Brewer Ln.** <br> **Celina, TX 75009** | Line **3.55** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.7 **Peter Ruggero** <br> **1411 West Ave. Ste. 200** <br> **Austin, TX 78701** | Line **3.18** <br> ☐ Not listed. Explain | __ __ __ __ |

| Debtor | **Apex Turnkey Services, LLC** | Case number *(if known)* |
| | Name | |

**Part 3:** Additional Page

| 4.8 | **Reese Kelly** | Line **3.12** |
| | **Foster & Morris, LLC** | ☐ Not listed. Explain |
| | **101 E. Park Blvd Suite 600** | |
| | **Plano, TX 75074** | |

| Debtor | **Apex Turnkey Services, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $55,266.20 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $1,081,110.12 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,136,376.32 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Apex Turnkey Services, LLC** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** — **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease agreement for ATS office/warehouse | **Lake Forest Business Park, LLC** |
|---|---|---|---|
| | State the term remaining | | **816 Parkwood Ct** |
| | List the contract number of any government contract | | **Mckinney, TX 75072** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** **ATS Restoration & Construction, LLC** | **102 Business Park Way, Suite 200** <br> Street <br><br> **Mckinney, TX 75071** <br> City    State    ZIP Code | **Lake Forest Business Park, LLC** | ☐ D <br> ☐ E/F <br> ☑ G |
| **2.2** **Kelly Voris** | **8233 Legacy Trail** <br> Street <br><br> **Mckinney, TX 75071** <br> City    State    ZIP Code | **Prosperity Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Revenued, LLC** | ☐ D <br> ☑ E/F <br> ☐ G |
| | | **GM Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **GM Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **GM Financial** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **GM Financial** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Apex Turnkey Services, LLC** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|--|--|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** |
|--|

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| 2.3 **Voris, Kyle** | **11017 North 10th Street**<br>Street<br><br>**Phoenix, AZ 85020**<br>City    State    ZIP Code | **Prosperity Bank** | ☑ D ☐ E/F ☐ G |
| | | **Revenued, LLC** | ☐ D ☑ E/F ☐ G |
| | | **American Express** | ☐ D ☑ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |
| | | **GM Financial** | ☑ D ☐ E/F ☐ G |

Debtor   **Apex Turnkey Services, LLC**                                   Case number (if known) _____
              Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **GM Financial** | ☑ D  ☐ E/F  ☐ G |
| 2.4 | Street<br><br>City        State        ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.5 | Street<br><br>City        State        ZIP Code | | ☐ D  ☐ E/F  ☐ G |
| 2.6 | Street<br><br>City        State        ZIP Code | | ☐ D  ☐ E/F  ☐ G |

Official Form 206H                          Schedule H: Codebtors                          page __3__ of __3__

Fill in this information to identify the case:

Debtor name **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*......................................................................................

   | $0.00 |
   | --- |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*....................................................................................

   | $970,406.88 |
   | --- |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*......................................................................................

   | $970,406.88 |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $671,251.95 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   | $55,266.20 |
   | --- |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   | + $1,081,110.12 |
   | --- |

4. **Total liabilities**..................................................................................................................

   Lines 2 + 3a + 3b

   | $1,807,628.27 |
   | --- |

Fill in this information to identify the case:

Debtor name      **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/17/2026 _____               **X** **/s/ Kyle Voris** _____
                  MM/  DD/  YYYY                        Signature of individual signing on behalf of debtor

                                                       **Kyle Voris** _____
                                                       Printed name

                                                       **CFO/Owner** _____
                                                       Position or relationship to debtor

Official Form B202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name      **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:

     **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2026</u> MM/ DD/ YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | **$77,936.88** |
| **For prior year:** | From <u>01/01/2025</u> MM/ DD/ YYYY | to <u>12/31/2025</u> MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,272,155.74** |
| **For the year before that:** | From <u>01/01/2024</u> MM/ DD/ YYYY | to <u>12/31/2024</u> MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,216,639.25** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2026</u> MM/ DD/ YYYY | to   Filing date | _____ | _____ |
| **For prior year:** | From <u>01/01/2025</u> MM/ DD/ YYYY | to <u>12/31/2025</u> MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2024</u> MM/ DD/ YYYY | to <u>12/31/2024</u> MM/ DD/ YYYY | _____ | _____ |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **GM Financial** <br> Creditor's name <br><br> **P.O. Box 650595** <br> Street <br><br><br> **Dallas, TX 75265-0595** <br> City    State    ZIP Code | **10/15/26** | **$10,845.68** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ **Notes Payable - ATS Fleet** <br> Other **Vechiles** |
| **3.2.** **Southern wound flooring & Supply** <br> Creditor's name <br><br> Street <br><br><br> City    State    ZIP Code | **10/30/25** <br><br> **1/20/26** | **$15,237.27** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ **Subcontractors** <br> Other **Expense:Countertops** |
| **3.3.** **Erik & Cassandra Robbins** <br> Creditor's name <br> **c/o Ruggeio Law Firm** <br> Street <br><br> **Austin, TX 78701** <br> City    State    ZIP Code | **07/30/2025** <br><br> **07/14/2025** | **$91,208.23** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Levy / Garnishment** |
| **3.4.** **Revenued, LLC** <br> Creditor's name <br> **55 Almerica Avenue 2nd Floor** <br> Street <br><br> **Miami, FL 33134** <br> City    State    ZIP Code | **10/14/2025** <br><br> **02/10/2026** | **$52,355.95** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Levy / Garnishment** |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **Apex Turnkey Services, LLC**                                    Case number *(if known)*
          Name

| 4.1. | **Kelly Voris** | **2025** | **$0.00** | **Distribution SEE ATTACHED** |
| | Creditor's name | | | |

**8233 Legacy Trail**
Street

**Mckinney, TX 75071**
City                          State    ZIP Code

Relationship to debtor

**Shareholder**

| 4.2. | **Josh Anton** | **2025** | **$0.00** | **Distributions:Josh Anton:Health Insurance SEE ATTACHED** |
| | Creditor's name | | | |

**1806 Cedar Wond Trail**
Street

**75409**
City                          State    ZIP Code

Relationship to debtor

**Shareholder**

| 4.3. | **Voris, Kyle** | **2025** | **$0.00** | **Owner Loan - Kyle Voris SEE ATTACHED** |
| | Creditor's name | | | |

**11017 North 10th Street**
Street

**Phoenix, AZ 85020**
City                          State    ZIP Code

Relationship to debtor

**owner**

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City           State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor  **Apex Turnkey Services, LLC**                                    Case number *(if known)*
    Name

| | | | |
|---|---|---|---|
| 6.1. | **Revenued** | **Sent a letter to QuickBooks requesting** | **10/14/2025** |
| | Creditor's name | **that a hold be placed on our** | |
| | **525 Washington Blvd., 22nd Floor** | **receivables. Case#15147050207** | |
| | Street | | |
| | | XXXX– __ __ __ __ | |
| | **Jersey City, NJ 07310** | | |
| | City          State      ZIP Code | | |
| 6.2. | **Rugger Law Firm, PC** | **Garnished Bank of America Account for** | **7/14/25 &** |
| | Creditor's name | **the Robbins Judgement** | **7/30/25** |
| | **200 Austin** | | |
| | Street | XXXX– __ __ __ __ | |
| | **Austin, TX 78701** | | |
| | City          State      ZIP Code | | |

## Part 3: Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
|---|---|---|---|---|
| | **Prosperity Bank vs. ATS Restoration & Construction LLC, Kyle L. Voris and Kelly L. Voris** | **Judgement** | **Collin County, Texas** <br> Name <br> **2100 Bloomdale Road Suite 12165** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **471-00526-2025** | | **Plano, TX 75074** <br> City          State      ZIP Code | |
| 7.2. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **American Express National Bank vs Kyle Voris a/k/a Kyle Voris and Ats Restoration & Construction, LLC** | | **Collin County** <br> Name <br> **2100 Bloomdale Rd. Suite 12165** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **006-02914-2025** | | **Mckinney, TX 75071** <br> City          State      ZIP Code | |
| 7.3. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | **Revenued, LLC v. ATS Restoration & Construction LLC A/K/A Apex Turnkey Services, LLC and Kyle Voris and Kelly Voris** | | **Miami-Dade County, Florica** <br> Name <br> **15555 Biscayne Blvd Room 100** <br> Street <br> **North Dade Justice Center** <br> **Hialeah, FL 33010** <br> City          State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **2025-021967-CA-01** | | | |

Debtor    Apex Turnkey Services, LLC    Case number *(if known)*

Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **ERIK ROBBINS and CASSANDRA ROBBINS vs ATS RESTORATION AND CONSTRUCTION, LLC** | | **Denton County** | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | Name | |
| | | | Street | |
| | **Case number** | | City          State    ZIP Code | |
| | **25-1640-481** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State    ZIP Code | | |
| | | **Date of order or assignment** | City          State    ZIP Code |

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor      **Apex Turnkey Services, LLC**                                    Case number *(if known)*
                Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **DeMarco, Robert T** | | | **$10,000.00** |
| **Address** | | | |
| **12770 Coit Road 850**<br>Street | | | |
| **Dallas, TX 75251**<br>City          State     ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |

---

Debtor   **Apex Turnkey Services, LLC**
         Name

Case number *(if known)*

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **102 Business Park Way, Suite 200** | From **1/1/2020** To **Present** |
| Street | |
| **Mckinney, TX 75071** | |
| City          State    ZIP Code | |

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor  **Apex Turnkey Services, LLC**                                    Case number *(if known)*_____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ | _____ | _____ |
| Facility name | | |
| _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| Street | | *Check all that apply:* |
| _____ | _____ | ☐ Electronically |
| City        State    ZIP Code | | ☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Prosperity Bank**<br>Name<br>**1800 Redbud Blvd**<br>Street<br><br>**McKinney, TX 75069**<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **1/1/2025** | **$0.00** |

**18.2**    **Bank of America**      XXXX–_ _ _ _    ☑ Checking             **$0.00**
Name                                    ☐ Savings

**2012 West University Drive**            ☐ Money market
Street                                   ☐ Brokerage

**Mckinney, TX 75071**                 ☐ Other
City         State    ZIP Code

**18.3**    **Wells Fargo**          XXXX–_ _ _ _    ☑ Checking     **9/2/25**     **$598.50**
Name                                    ☐ Savings

**2020 West University Drive**            ☐ Money market
Street                                   ☐ Brokerage

**Mckinney, TX 75071**                 ☐ Other
City         State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City   State   ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor  **Apex Turnkey Services, LLC**                                    Case number *(if known)*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

---

Debtor  Apex Turnkey Services, LLC
Name _____

Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | _____ | EIN:  __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Christie Junge, A Plus Solutions**<br>Name<br>**15078 cr 3195 s**<br>Street<br><br>**Mount Enterprise, TX 75681**<br>City          State     ZIP Code | From **1/1/22**   To **Present** |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Christie Junge, A Plus Solutions**<br>Name<br>**15078 cr 3195 s**<br>Street<br><br>**Mount Enterprise, TX 75681**<br>City          State     ZIP Code | From **1/1/22**   To **Present** |

Debtor    **Apex Turnkey Services, LLC**

Name                                                                                         Case number *(if known)* _____

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **ATS Restoration & Construction, LLC** <br> Name <br><br> **102 Business Park Way, Suite 200** <br> Street <br><br> **Mckinney, TX 75071** <br> City    State    ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> Name <br><br> Street <br><br> City    State    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. <br> Name <br><br> Street <br><br> City    State    ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Voris, Kyle** | **11017 North 10th Street Phoenix, AZ 85020** | **CFO/Owner,** | **45.00%** |
| **Kelly Voris** | **8233 Legacy Trail Mckinney, TX 75071** | **President/Owner,** | **45.00%** |
| **Joshua Anton** | **1806 Cedar Wood Trail Anna, TX 75409** | **Director/Partner,** | **10.00%** |

Debtor  Apex Turnkey Services, LLC _____  Case number *(if known)* _____
          Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , _____ | From _____<br>To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Anton, Joshua** <br> Name <br><br> Street <br><br> City    State    ZIP Code <br><br> Relationship to debtor | **$40,000** | | **Wages** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Kelly Voris** <br> Name <br> **11017 North 10th Street** <br> Street <br><br> **Phoenix, AZ 85020** <br> City    State    ZIP Code <br><br> Relationship to debtor | **$52,550** | | **Wages** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

Debtor  **Apex Turnkey Services, LLC**

Name
Case number *(if known)*

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **02/17/2026**
   MM/  DD/  YYYY

**X** **/s/ Kyle Voris**                    Printed name            **Kyle Voris**

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **CFO/Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# KYLE VORIS
## Transaction Report
## ATS RESTORATION & CONSTRUCTION, LLC
### All Dates

| Transaction date | Full name | Amount | Balance |
|---|---|---|---|
| 03/24/2020 | Owner Loan - Kyle Voris | 50,000.00 | 50,000.00 |
| 05/01/2020 | Owner Loan - Kyle Voris | 40,000.00 | 90,000.00 |
| 05/18/2020 | Owner Loan - Kyle Voris | 25,000.00 | 115,000.00 |
| 09/16/2020 | Owner Loan - Kyle Voris | 40,000.00 | 155,000.00 |
| 11/10/2020 | Owner Loan - Kyle Voris | 10,000.00 | 165,000.00 |
| 11/13/2020 | Owner Loan - Kyle Voris | 58,000.00 | 223,000.00 |
| 12/02/2020 | Owner Loan - Kyle Voris | 25,000.00 | 248,000.00 |
| 01/04/2021 | Owner Loan - Kyle Voris | -25,000.00 | 223,000.00 |
| 04/01/2021 | Owner Loan - Kyle Voris | 20,000.00 | 243,000.00 |
| 08/17/2021 | Owner Loan - Kyle Voris | -5,000.00 | 238,000.00 |
| 08/17/2021 | Owner Loan - Kyle Voris | -5,000.00 | 233,000.00 |
| 11/10/2021 | Owner Loan - Kyle Voris | -5,000.00 | 228,000.00 |
| 12/17/2021 | Owner Loan - Kyle Voris | -5,500.00 | 222,500.00 |
| 01/21/2022 | Owner Loan - Kyle Voris | -5,000.00 | 217,500.00 |
| 02/18/2022 | Owner Loan - Kyle Voris | -5,000.00 | 212,500.00 |
| 03/22/2022 | Owner Loan - Kyle Voris | -5,000.00 | 207,500.00 |
| 05/13/2022 | Owner Loan - Kyle Voris | -5,000.00 | 202,500.00 |
| 06/10/2022 | Owner Loan - Kyle Voris | -5,000.00 | 197,500.00 |
| 06/10/2022 | Owner Loan - Kyle Voris | -5,000.00 | 192,500.00 |
| 08/19/2022 | Owner Loan - Kyle Voris | -5,000.00 | 187,500.00 |
| 08/19/2022 | Owner Loan - Kyle Voris | -5,000.00 | 182,500.00 |
| 10/17/2022 | Owner Loan - Kyle Voris | -5,000.00 | 177,500.00 |
| 10/17/2022 | Owner Loan - Kyle Voris | -5,000.00 | 172,500.00 |
| 12/23/2022 | Owner Loan - Kyle Voris | -5,000.00 | 167,500.00 |
| 12/23/2022 | Owner Loan - Kyle Voris | -5,000.00 | 162,500.00 |
| 05/24/2023 | Owner Loan - Kyle Voris | -5,000.00 | 157,500.00 |
| 05/24/2023 | Owner Loan - Kyle Voris | -5,000.00 | 152,500.00 |
| 05/24/2023 | Owner Loan - Kyle Voris | -5,000.00 | 147,500.00 |
| 05/24/2023 | Owner Loan - Kyle Voris | -5,000.00 | 142,500.00 |
| 05/24/2023 | Owner Loan - Kyle Voris | -5,000.00 | 137,500.00 |
| 01/23/2024 | Owner Loan - Kyle Voris | -35.00 | 137,465.00 |
| 01/30/2024 | Owner Loan - Kyle Voris | -545.65 | 136,919.35 |
| 02/28/2024 | Owner Loan - Kyle Voris | -149.99 | 136,769.36 |
| 03/12/2024 | Owner Loan - Kyle Voris | -168.35 | 136,601.01 |
| 03/13/2024 | Owner Loan - Kyle Voris | -9.05 | 136,591.96 |
| 03/13/2024 | Owner Loan - Kyle Voris | 155.46 | 136,747.42 |
| 03/15/2024 | Owner Loan - Kyle Voris | -426.48 | 136,320.94 |
| 03/15/2024 | Owner Loan - Kyle Voris | -105.95 | 136,214.99 |
| 04/13/2024 | Owner Loan - Kyle Voris | -199.99 | 136,015.00 |

| 10/11/2024 | Owner Loan - Kyle Voris | 6,000.00 | 142,015.00 |
| 01/10/2025 | Owner Loan - Kyle Voris | 25,000.00 | 167,015.00 |
| 01/10/2025 | Owner Loan - Kyle Voris | 12,000.00 | 179,015.00 |
| 03/11/2025 | Owner Loan - Kyle Voris | 6,000.00 | 185,015.00 |
| 04/14/2025 | Owner Loan - Kyle Voris | -1,000.00 | 184,015.00 |
| 04/18/2025 | Owner Loan - Kyle Voris | 13,500.00 | 197,515.00 |
| 04/21/2025 | Owner Loan - Kyle Voris | 20,000.00 | 217,515.00 |
| 05/15/2025 | Owner Loan - Kyle Voris | 12,000.00 | 229,515.00 |
| 06/05/2025 | Owner Loan - Kyle Voris | 3,750.00 | 233,265.00 |
| 06/11/2025 | Owner Loan - Kyle Voris | 25,000.00 | 258,265.00 |
| 06/12/2025 | Owner Loan - Kyle Voris | 5,000.00 | 263,265.00 |
| 06/13/2025 | Owner Loan - Kyle Voris | 5,000.00 | 268,265.00 |
| 06/13/2025 | Owner Loan - Kyle Voris | 5,000.00 | 273,265.00 |
| 06/13/2025 | Owner Loan - Kyle Voris | 2,750.00 | 276,015.00 |
| 07/09/2025 | Owner Loan - Kyle Voris | -6,000.00 | 270,015.00 |
| 07/18/2025 | Owner Loan - Kyle Voris | 10,000.00 | 280,015.00 |
| 07/21/2025 | Owner Loan - Kyle Voris | 10,000.00 | 290,015.00 |
| 07/21/2025 | Owner Loan - Kyle Voris | -10,000.00 | 280,015.00 |
| 07/31/2025 | Owner Loan - Kyle Voris | 20,000.00 | 300,015.00 |
| 08/05/2025 | Owner Loan - Kyle Voris | -15,000.00 | 285,015.00 |
| 08/07/2025 | Owner Loan - Kyle Voris | 5,000.00 | 290,015.00 |
| 08/11/2025 | Owner Loan - Kyle Voris | 5,000.00 | 295,015.00 |
| 08/12/2025 | Owner Loan - Kyle Voris | -50,000.00 | 245,015.00 |
| 08/12/2025 | Owner Loan - Kyle Voris | 25,000.00 | 270,015.00 |
| 08/14/2025 | Owner Loan - Kyle Voris | 3,000.00 | 273,015.00 |
| 08/14/2025 | Owner Loan - Kyle Voris | 24,000.00 | 297,015.00 |
| 08/18/2025 | Owner Loan - Kyle Voris | -27,000.00 | 270,015.00 |
| 08/19/2025 | Owner Loan - Kyle Voris | 6,000.00 | 276,015.00 |
| 08/20/2025 | Owner Loan - Kyle Voris | 3,000.00 | 279,015.00 |
| 08/21/2025 | Owner Loan - Kyle Voris | -25,000.00 | 254,015.00 |
| 08/21/2025 | Owner Loan - Kyle Voris | 30,000.00 | 284,015.00 |
| 08/21/2025 | Owner Loan - Kyle Voris | 2,000.00 | 286,015.00 |
| 09/03/2025 | Owner Loan - Kyle Voris | -25,000.00 | 261,015.00 |

| 09/05/2025 | Owner Loan - Kyle Voris | 15,000.00 | 276,015.00 |
| 09/15/2025 | Owner Loan - Kyle Voris | -25,000.00 | 251,015.00 |
| 09/16/2025 | Owner Loan - Kyle Voris | 1,500.00 | 252,515.00 |
| 09/19/2025 | Owner Loan - Kyle Voris | 4,000.00 | 256,515.00 |
| 09/24/2025 | Owner Loan - Kyle Voris | 2,000.00 | 258,515.00 |
| 09/24/2025 | Owner Loan - Kyle Voris | -22,000.00 | 236,515.00 |
| 09/25/2025 | Owner Loan - Kyle Voris | 2,000.00 | 238,515.00 |
| 09/26/2025 | Owner Loan - Kyle Voris | 15,000.00 | 253,515.00 |
| 09/29/2025 | Owner Loan - Kyle Voris | 3,500.00 | 257,015.00 |
| 10/08/2025 | Owner Loan - Kyle Voris | 20,500.00 | 277,515.00 |
| 10/08/2025 | Owner Loan - Kyle Voris | -35,700.00 | 241,815.00 |
| 10/09/2025 | Owner Loan - Kyle Voris | 5,500.00 | 247,315.00 |
| 10/09/2025 | Owner Loan - Kyle Voris | 13,500.00 | 260,815.00 |
| 10/09/2025 | Owner Loan - Kyle Voris | -44,800.00 | 216,015.00 |
| 10/14/2025 | Owner Loan - Kyle Voris | 20,500.00 | 236,515.00 |
| 10/16/2025 | Owner Loan - Kyle Voris | 5,000.00 | 241,515.00 |
| 10/17/2025 | Owner Loan - Kyle Voris | 8,000.00 | 249,515.00 |
| 10/23/2025 | Owner Loan - Kyle Voris | -70,000.00 | 179,515.00 |
| 10/24/2025 | Owner Loan - Kyle Voris | 23,000.00 | 202,515.00 |
| 10/27/2025 | Owner Loan - Kyle Voris | -49,000.00 | 153,515.00 |
| 10/28/2025 | Owner Loan - Kyle Voris | -7,000.00 | 146,515.00 |
| 10/29/2025 | Owner Loan - Kyle Voris | 1,000.00 | 147,515.00 |
| 10/29/2025 | Owner Loan - Kyle Voris | -7,450.00 | 140,065.00 |
| 10/29/2025 | Owner Loan - Kyle Voris | -7,315.00 | 132,750.00 |
| 10/30/2025 | Owner Loan - Kyle Voris | 3,050.00 | 135,800.00 |
| 10/31/2025 | Owner Loan - Kyle Voris | 10,000.00 | 145,800.00 |
| 11/03/2025 | Owner Loan - Kyle Voris | 1,000.00 | 146,800.00 |
| 11/04/2025 | Owner Loan - Kyle Voris | 10,000.00 | 156,800.00 |
| 11/04/2025 | Owner Loan - Kyle Voris | 18,000.00 | 174,800.00 |
| 11/04/2025 | Owner Loan - Kyle Voris | -23,000.00 | 151,800.00 |
| 11/05/2025 | Owner Loan - Kyle Voris | 23,500.00 | 175,300.00 |
| 11/06/2025 | Owner Loan - Kyle Voris | 7,000.00 | 182,300.00 |
| 11/07/2025 | Owner Loan - Kyle Voris | 6,200.00 | 188,500.00 |
| 11/10/2025 | Owner Loan - Kyle Voris | -4,000.00 | 184,500.00 |
| 11/12/2025 | Owner Loan - Kyle Voris | 300.00 | 184,800.00 |
| 11/12/2025 | Owner Loan - Kyle Voris | 4,500.00 | 189,300.00 |
| 11/12/2025 | Owner Loan - Kyle Voris | -3,500.00 | 185,800.00 |
| 11/13/2025 | Owner Loan - Kyle Voris | 1,300.00 | 187,100.00 |
| 11/13/2025 | Owner Loan - Kyle Voris | 1,000.00 | 188,100.00 |
| 11/13/2025 | Owner Loan - Kyle Voris | 500.00 | 188,600.00 |
| 11/13/2025 | Owner Loan - Kyle Voris | 7,400.00 | 196,000.00 |
| 11/14/2025 | Owner Loan - Kyle Voris | 8,800.00 | 204,800.00 |
| 11/19/2025 | Owner Loan - Kyle Voris | 5,000.00 | 209,800.00 |
| 11/19/2025 | Owner Loan - Kyle Voris | 5,000.00 | 214,800.00 |
| 11/21/2025 | Owner Loan - Kyle Voris | 500.00 | 215,300.00 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/21/2025 | Owner Loan - Kyle Voris | 5,500.00 | 220,800.00 |
| 11/21/2025 | Owner Loan - Kyle Voris | 2,400.00 | 223,200.00 |
| 11/25/2025 | Owner Loan - Kyle Voris | 3,200.00 | 226,400.00 |
| 11/26/2025 | Owner Loan - Kyle Voris | 3,288.97 | 229,688.97 |
| 11/26/2025 | Owner Loan - Kyle Voris | -16,800.00 | 212,888.97 |
| 11/28/2025 | Owner Loan - Kyle Voris | 21,000.00 | 233,888.97 |
| 12/02/2025 | Owner Loan - Kyle Voris | -16,000.00 | 217,888.97 |
| 12/03/2025 | Owner Loan - Kyle Voris | 1,000.00 | 218,888.97 |
| 12/05/2025 | Owner Loan - Kyle Voris | 1,200.00 | 220,088.97 |
| 12/05/2025 | Owner Loan - Kyle Voris | 20,000.00 | 240,088.97 |
| 12/05/2025 | Owner Loan - Kyle Voris | -17,500.00 | 222,588.97 |
| 12/08/2025 | Owner Loan - Kyle Voris | 500.00 | 223,088.97 |
| 12/08/2025 | Owner Loan - Kyle Voris | -11,000.00 | 212,088.97 |
| 12/09/2025 | Owner Loan - Kyle Voris | 6,850.00 | 218,938.97 |
| 12/10/2025 | Owner Loan - Kyle Voris | 3,000.00 | 221,938.97 |
| 12/12/2025 | Owner Loan - Kyle Voris | 11,500.00 | 233,438.97 |
| 12/16/2025 | Owner Loan - Kyle Voris | 800.00 | 234,238.97 |
| 12/23/2025 | Owner Loan - Kyle Voris | -6,600.00 | 227,638.97 |
| 12/24/2025 | Owner Loan - Kyle Voris | -9,000.00 | 218,638.97 |
| 12/26/2025 | Owner Loan - Kyle Voris | 2,500.00 | 221,138.97 |
| 12/29/2025 | Owner Loan - Kyle Voris | 800.00 | 221,938.97 |
| 12/30/2025 | Owner Loan - Kyle Voris | 9,380.00 | 231,318.97 |
| 12/30/2025 | Owner Loan - Kyle Voris | -1,903.00 | 229,415.97 |
| 01/05/2026 | Owner Loan - Kyle Voris | 3,000.00 | 232,415.97 |
| 01/05/2026 | Owner Loan - Kyle Voris | -15,000.00 | 217,415.97 |
| 01/14/2026 | Owner Loan - Kyle Voris | -8,000.00 | 209,415.97 |
| 01/15/2026 | Owner Loan - Kyle Voris | -6,800.00 | 202,615.97 |
| 01/20/2026 | Owner Loan - Kyle Voris | -9,500.00 | 193,115.97 |
| 01/21/2026 | Owner Loan - Kyle Voris | -7,000.00 | 186,115.97 |
| | | **$186,115.97** | |
| **TOTAL** | | **$186,115.97** | |

# JOSH ANTON

| Date | | Amount |
|------|---|--------|
| 01/02/2026 | | $399.58 |
| 12/03/2025 | Philadelphia American Life Insurance Co | $249.14 |
| 01/05/2026 | | $249.14 |
| 11/04/2025 | | $249.14 |
| 10/02/2025 | | $249.14 |
| 09/03/2025 | | $249.14 |
| 10/02/2025 | | $542.47 |
| 09/03/2025 | | $542.47 |
| 08/28/2025 | | 242.88 |
| 08/28/2025 | | 532.98 |
| 02/19/2025 | | 324.48 |
| 02/03/2025 | | 324.48 |
| | TOTAL | $4,155.04 |

# KELLY VORIS

| 09/26/2025 | Kelly L Voris | $12,520.00 |
| 10/06/2025 | | $2.99 |
| 09/15/2025 | | $2.99 |
| 10/14/2025 | | $24.99 |
| 09/15/2025 | | $24.99 |
| 10/20/2025 | | $38.53 |
| 11/21/2025 | | $42.81 |
| 09/03/2025 | | $49.67 |
| 10/10/2025 | | $49.99 |
| 09/18/2025 | | $49.99 |
| 11/28/2025 | | $55.00 |
| 10/14/2025 | | $83.30 |
| 09/03/2025 | | $300.00 |
| 12/16/2025 | | $304.00 |
| 12/11/2025 | | $410.65 |
| 10/01/2025 | | $428.96 |
| 09/02/2025 | | $428.96 |

| | |
|---|---|
| 12/02/2025 | $453.07 |
| 11/03/2025 | $453.07 |
| 11/03/2025 | $453.07 |
| 09/29/2025 | $453.07 |
| 10/27/2025 | $804.00 |
| 10/14/2025 | $804.00 |
| 11/13/2025 | $1,000.00 |
| 11/07/2025 | $1,000.00 |
| 10/31/2025 | $1,000.00 |
| 10/10/2025 | $1,000.00 |
| 10/07/2025 | $1,000.00 |
| 10/03/2025 | $1,000.00 |
| 10/03/2025 | $1,000.00 |
| 09/29/2025 | $1,000.00 |
| 09/25/2025 | $1,000.00 |
| 09/15/2025 | $1,000.00 |
| 08/29/2025 | 453.07 |

| Date | Name | Amount |
|---|---|---|
| 08/12/2025 | | 282.41 |
| 08/11/2025 | | 106.42 |
| 08/06/2025 | | 619.69 |
| 08/06/2025 | | 296.95 |
| 08/01/2025 | | 153.55 |
| 08/01/2025 | | 428.96 |
| 07/15/2025 | | 154.74 |
| 07/10/2025 | | 7.56 |
| 07/10/2025 | | 42.68 |
| 07/10/2025 | | 22.72 |
| 07/09/2025 | | 3.00 |
| 07/03/2025 | Kelly Voris | 857.92 |
| 07/01/2025 | Kelly Voris | 500.00 |
| 07/01/2025 | Kelly Voris | 500.00 |
| 07/01/2025 | Kelly Voris | 500.00 |
| 07/01/2025 | Kelly Voris | 500.00 |
| 06/26/2025 | | 90.51 |

| 06/24/2025 | Kelly Voris | 534.55 |
| 06/20/2025 | Kelly Voris | 999.50 |
| 06/20/2025 | Kelly Voris | 687.39 |
| 06/20/2025 | | 75.74 |
| 06/20/2025 | | 6.11 |
| 06/04/2025 | | 428.96 |
| 05/14/2025 | 22-0 | 500.00 |
| 05/12/2025 | | 519.74 |
| 05/09/2025 | | 63.26 |
| 05/05/2025 | | 24.21 |
| 05/05/2025 | | 15.00 |
| 05/05/2025 | one bank | 59.56 |
| 05/02/2025 | | 211.74 |
| 04/30/2025 | | 74.99 |
| 04/25/2025 | | 151.48 |
| 04/25/2025 | | 137.02 |
| 04/25/2025 | | 551.98 |

| Date | | Amount |
|---|---|---|
| 04/25/2025 | | 221.89 |
| 04/25/2025 | | 9.00 |
| 04/25/2025 | | 1,000.00 |
| 04/25/2025 | | 679.66 |
| 04/23/2025 | | 19.99 |
| 04/23/2025 | | 185.00 |
| 04/22/2025 | one bank | 200.00 |
| 04/21/2025 | | 19.99 |
| 04/21/2025 | | 649.74 |
| 04/21/2025 | | 438.26 |
| 04/11/2025 | | 500.00 |
| 04/11/2025 | | 815.52 |
| 04/11/2025 | | 630.64 |
| 04/08/2025 | | 660.16 |
| 03/28/2025 | | 428.96 |
| 03/25/2025 | | 225.00 |
| 03/19/2025 | | 300.00 |

| Date | | Amount |
|---|---|---|
| 03/18/2025 | | 1,064.72 |
| 03/18/2025 | | 199.00 |
| 03/17/2025 | | 19.99 |
| 03/17/2025 | | 1,000.00 |
| 03/17/2025 | | 379.80 |
| 03/17/2025 | | 500.00 |
| 03/17/2025 | | 1,000.00 |
| 03/17/2025 | one bank | 100.00 |
| 03/13/2025 | | 100.00 |
| 03/11/2025 | one bank | 100.00 |
| 03/10/2025 | | 500.00 |
| 03/10/2025 | | 3,500.00 |
| 03/10/2025 | | 2,500.00 |
| 03/06/2025 | 22-0 | 1,500.00 |
| 03/05/2025 | | 1,000.00 |
| 03/03/2025 | one bank | 500.00 |
| 03/03/2025 | one bank | 500.00 |
| | TOTAL | $60,246.83 |

Fill in this information to identify the case:

Debtor name **Apex Turnkey Services, LLC**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Kyle Voris 11017 North 10th Street , 85020 | | | | | | $186,115.97 |
| 2  Revenued, LLC 55 Almerica Avenue 2nd Floor Miami, FL 33134 | | | Contingent Disputed Unliquidated | | | $127,068.75 |
| 3  Erik & Cassandra Robbins c/o Ruggeio Law Firm 1411 West Avenue Suite 200 Austin, TX 78701 | | | Contingent | | | $126,731.12 |
| 4  American Express 115 W. Towne Ridge Parkway Sandy, UT 84070 | | | | | | $122,410.69 |
| 5  Raul Perez 408 S. Texas Street Celina, TX 75009 | | | | | | $49,267.00 |
| 6  Danny's Flooring, LLC 3611 Tranquility Ln, Apt 11107 Rowlett, TX 75089 | | | | | | $49,234.17 |
| 7  Home Depot PO Box 790340 Saint Louis, MO 63179 | | | | | | $37,774.09 |
| 8  Mendoza Drywall 2348 Lockhart Ave Dallas, TX 75228 | | | | | | $32,600.00 |

| Debtor | **Apex Turnkey Services, LLC** | | | | | | |
| | Name | | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 9 The Law Offices of Paul G. Dell, PC<br><br>Reg. NorthStar Renovations<br>3900 S. Stonebridge Drive, Suite 204<br>Mckinney, TX 75070 | | | | | | $32,400.00 |
| 10 Floor & Décor<br>PO Box 8427787<br>Dallas, TX 75284-2787 | | | | | | $25,622.80 |
| 11 Libby Sparks Willis Starnes, PLLC<br>5950 Berkshire Ln Ste 200<br>Dallas, TX 75225 | | | | | | $24,081.16 |
| 12 American Express<br>116 W. Towne Ridge Parkway<br>Sandy, UT 84070 | | | | | | $22,311.01 |
| 13 Crawford Contractor Connection<br>PO Box 917373<br>Orlando, FL 32891-7373 | | | | | | $20,801.94 |
| 14 Supreme Millwork<br>5621 Wimbleton Way<br>Fort Worth, TX 76133 | | | | | | $19,200.00 |
| 15 Lake Forest Business Park<br>816 Parkwood Ct<br>Mckinney, TX 75072 | | | Contingent | | | $17,900.00 |
| 16 Luis Meza Santa Fe Painting & Drywall<br>4807 rolling meadows dr #102,<br>Dallas, TX 75211 | | | | | | $16,000.00 |
| 17 J&J Granite<br>2805 Permian Rd.<br>Aubrey, TX 76227 | | | | | | $15,277.00 |
| 18 Dorado Remodeling<br>310 Sand creed Rd.<br>Cartwright, OK 74731 | | | | | | $14,679.00 |
| 19 HP EnviroVision<br>310 E. Trinity Blvd., #800<br>Grand Prairie, TX 75050 | | | | | | $12,435.40 |
| 20 Corporate Business Solutions, Inc<br>1910 Thomas Avenue<br>Cheyenne, WY 82001 | | | | | | $12,290.28 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                          CHAPTER  11

**Apex Turnkey Services, LLC**

DEBTOR(S)                                                       CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Kyle Voris** 11017 North 10th Street Phoenix, AZ 85020 | Interest | 45% | Member |
| **Kelly Voris** 1806 Cedar Wood Trail Anna, TX 75409 | Interest | 45% | Member |
| **Joshua Anton** 1806 Cedar Wood Trail Anna, TX 75409 | Interest | 10% | Member |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**CFO/Owner**_____ of the _____**Public Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**02/17/2026**_____          Signature: __**/s/ Kyle Voris**_____

*Kyle Voris, CFO/Owner*

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **Apex Turnkey Services, LLC**                                                                CASE NO

                                                                                                                         CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **02/17/2026**          Signature                                    **/s/ Kyle Voris**
                                                                                        Kyle Voris, CFO/Owner

A&J Granite Countertops
13845 Stardust Ln.
Dallas, TX 75234

Accuserve Solutions Inc.
PO Box 9201, LBX 130106
Minneapolis, MN 55480-9201

Alert 360
2448 E. 81st Street, Suite 4300
Tulsa, OK 74137-4285

Ally Bank
PO Box 660109
Dallas, TX 75266

American Express
115 W. Towne Ridge Parkway
Sandy, UT 84070

American Express
116 W. Towne Ridge Parkway
Sandy, UT 84070

Apex Turnkey Services, LLC
102 Business Park Way, Suite200
Mckinney, TX 75071

Artisan & Truckers Casualty
Co., as Subrogee of First
Capital Haulers, Inc
939 N. Plum Grove Rd, Ste E
Schaumburg, IL 60173

LLC ATS Restoration &
Construction
102 Business Park Way, Suite 200
Mckinney, TX 75071


Brooks Plumbing
627 Walnut Cir E
Garland, TX 75040


Capital One
PO Box 60511
City of Industry, CA 91716


Collin County Tax Assesor
Collector
PO Box 8046
Mckinney, TX 75070


Community Waste Disposal
PO Box 208939
Dallas, TX 75320-8939


Corporate Business Solutions,
Inc
1910 Thomas Avenue
Cheyenne, WY 82001


Crawford Contractor
Connection
PO Box 917373
Orlando, FL 32891-7373


D. Ray Murphy
c/o Jeff Webster & Thyra Webster
Abernathy, Roeder, Boyd & Hullett, PC
1700 Redbud Blvd. 200
Austin, TX

Danny's Flooring, LLC
3611 Tranquility Ln, Apt 11107
Rowlett, TX 75089

DCG Environmentals, LLC
211 W. Pleasant Run Rd, Suite 111
Lancaster, TX 75146

DDS Construction, Inc
1104 W Milam St.
Ennis, TX 75119

DFW Workskills
PO Box 1030
Somerville, TX 77879

DOM Solution
PO Box 152982
Austin, TX 78715

Dorado Remodeling
310 Sand creed Rd.
Cartwright, OK 74731

Erik & Cassandra Robbins
c/o Ruggeio Law Firm
1411 West Avenue Suite 200
Austin, TX 78701

Fernandez Roof
3213 Sanders Dr.
Garland, TX 75042

Floor & Décor
PO Box 8427787
Dallas, TX 75284-2787


Floor Max
4114 Billy Mitchell Dr.
Addison, TX 75001


Garrett Crites
4154 Sun King Lane
Frisco, TX 75033


GM Financial
PO Box 650595
Dallas, TX 75265-0595


GM Financial
P.O. Box 650595
Dallas, TX 75265-0595


Gurstel Law Firm
9320 E Raintree Dr Suite 100
Scottsdale, AZ 85260


Gurstel Law Firm P.C.
Mike Daum
6681 Country Club Drive,
Minneapolis, MN 55427


Haltex Plumbing
2301 Colorado Blvd.
Denton, TX 76205

Herc Rentals
27500 Riverview Center Blvd, Suite 100,
Bonita Springs, FL 34134


Home Depot
PO Box 790340
Saint Louis, MO 63179


HP EnviroVision
310 E. Trinity Blvd., #800
Grand Prairie, TX 75050


J&J Granite
2805 Permian Rd.
Aubrey, TX 76227


James Yarborough
Ryan & Jacobs
5465 Legacy Dr. Ste 650
Plano, TX 75024


Jason Reep
Prosperity Bank
3900 S. Soncy Road
Amarillo, TX 79119


Jeremiah B. Hayes
15851 N. Dallas Pkwy. Ste. 410
Addison, TX 75001


Jesus Rodriguez-N&J Labs
Remodeling
913 Steadman Dr,
Cedar Hill, TX 75104

Jonathan Guerreca
J&J Granite LLC
2805 Permian RD.
Aubrey, TX 76227


Kelly Voris
8233 Legacy Trail
Mckinney, TX 75071


Kingsway Construction
423 Stone Bridge Circle
Allen, TX 75013


kyle Voris


Kyle Voris
11017 North 10th Street
85020


Lake Forest Business Park
816 Parkwood Ct
Mckinney, TX 75072


Lake Forest Business Park,
LLC
816 Parkwood Ct
Mckinney, TX 75072


Leviton Law Firm, LTD
c/o FedEx
Don A. Leviton
One Pierce Place Ste. 725W
Itasca, IL 60143

Libby Sparks Willis Starnes,
PLLC
5950 Berkshire Ln Ste 200
Dallas, TX 75225


LL Flooring Inc.
1717 N Central Expy,
Plano, TX 75075


Luis Meza Santa Fe Painting &
Drywall
4807 rolling meadows dr #102,
Dallas, TX 75211


Matt Price
4813 Sycamore St
Dallas, TX 75204


Mendoza Drywall
2348 Lockhart Ave
Dallas, TX 75228


Mesquite Plumbiing
PO Box BOX 360661
Dallas, TX 75336-0661


Metroplex Gutters
1047 Bells Chapel Rd.
Waxahachie, TX 75165


Michael Van Sluytman, Esq.
55 Almeria Ave. 2nd Floor
Miami, FL 33134

Miller Equipment Co
1000 N First Street
Garland, TX 75040


Monte's Piano Services
2403 Engleforo Drive


Nebraska Furniture Mart
PO Box 3000
86103


NorthStar Renovations
1473 Brewer Ln.
Celina, TX 75009


NSL Contracting, LLC
4675 CR 1080
Princeton, TX 75407


Peter Ruggero
1411 West Ave. Ste. 200
Austin, TX 78701


Promenade Clocks
300 N Coit Rd #158
Richardson, TX 75080


Prosperity Bank
2101 Custer Road
Plano, TX 75075

Raul Perez
408 S. Texas Street
Celina, TX 75009

Reese Kelly
Foster & Morris, LLC
101 E. Park Blvd Suite 600
Plano, TX 75074

Revenued, LLC
55 Almerica Avenue 2nd Floor
Miami, FL 33134

Sherwin Williams
PO Box 840943
Dallas, TX 75284-0943

Smurfit Westrock Packing
Solution
PO Box 844138
Dallas, TX 75284-4138

Spark Capital One
PO Box 60519,
City of Industry, CA 91716-0519

Steve Vasquez
2605 Johnson Dr.
Mesquite, TX 75181

Supreme Millwork
5621 Wimbleton Way
Fort Worth, TX 76133

Texas Building Supply
PO Box 200931
Dallas, TX 75320-0931


Texas Comptroller
Capitol Station
PO Box 13528
Austin, TX 78711-3528


Texoma Services
PO Box 2871
Sherman, TX 75091


The Law Offices of Paul G.
Dell, PC
Reg. NorthStar Renovations
3900 S. Stonebridge Drive, Suite 204
Mckinney, TX 75070


Top Notch Electrician
324 West US Highway 82
Sherman, TX 75092


Uhaul
PO Box BOX 52128
Phoenix, AZ 85072


Kyle Voris
11017 North 10th Street
Phoenix, AZ 85020

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE: **Apex Turnkey Services, LLC**            CASE NO

                                                 CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
### PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐      *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
       I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑      *[Only include if petitioner is a corporation, partnership or limited liability company]* --
       I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date                    _____**/s/ Kyle Voris**_____
**02/17/2026**          Kyle Voris
                        CFO/Owner
                        EIN No.  _4_ _7_ - _3_ _8_ _7_ _0_ _1_ _2_ _6_

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date                    _____**/s/ Robert T DeMarco**_____
**02/17/2026**          Robert T DeMarco
                        Attorney