Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**    **26-40707-elm11** |
| **Apex Turnkey Services, LLC** | **Chapter:**    **11** |
| 47-3870126 | |
| 102 Business Park Way, Suite 200 | |
| McKinney, TX 75071 | |
| **Debtor.** | |

### DEBTOR'S MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE WITHOUT PREJUDICE
### [11 U.S.C. § 1112(b)]

### NOTICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT LOCATED IN THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10th ST., FORT WORTH, TX 76102-3643, BEFORE CLOSE OF BUSINESS ON AUGUST 5, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, **Apex Turnkey Services, LLC,** Debtor and Debtor in possession in the above-styled and numbered case (the "**Debtor**"), and files this *Debtor's Motion to Dismiss Chapter 11 Bankruptcy Case Without Prejudice [11 U.S.C. § 1112(b)]* ("**Motion**") by and through the undersigned attorney, and would respectfully show the Court as follows:

## I.    JURISDICTION

1.    The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding.  28 U.S.C. §157(b).

2.    Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

## II.    BACKGROUND

1.    This bankruptcy case was commenced by the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **February 17, 2026** (the "**Petition Date**").

2.    Behrooz P. Vida has been appointed as the Subchapter V Trustee.

3.    This bankruptcy case was filed to address the Debtor's extensive vendor debt, coupled with obligations arising from certain merchant cash advances.

4.    Unfortunately, the Debtor has not attained its anticipated revenue during the pendency of this case, and it does not appear that a feasible plan can be confirmed.

5.    On May 18, 2026, the Debtor filed its Chapter 11 Plan (Small Business Subchapter V) [Docket No. 49]. Because the Debtor is not attaining its anticipated revenue, the Plan was withdrawn on July 15, 2026 [Docket No. 63].

## III.    DISMISSAL

1.    In light of the foregoing the Debtor is no longer in a position to benefit from the chapter 11 bankruptcy process.

2.    Accordingly, the Debtor is requesting the chapter 11 bankruptcy case be dismissed.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor requests the Court enter an Order

dismissing this case; and for such other and further relief as is just and proper.

Respectfully submitted,

Dated: July 15, 2026

*/s/ Robert T. DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791
**Counsel for Debtor and Debtor-in-Possession**

### CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that, prior to the filing of this Motion, he
conferred with the following parties concerning their respective positions on the Motion:

| Attorney \| Party | Position |
|---|---|
| Erin Schmidt, counsel for the United States Trustee | No response as of the filing of the motion |
| Behrooz P. Vida, Subchapter V Trustee | No response as of the filing of the motion |

*/s/ Robert T. DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing

pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **15ᵗʰ day of July 2026**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

### DEBTOR

Apex Turnkey Services, LLC
102 Business Park Way, Suite 200
McKinney, TX 75071

### TRUSTEES

Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75202
Email:  Erin.Schmidt2@usdoj.gov

Behrooz P. Vida, Subchapter V Trustee
The Vida Law Firm, PLLC
3000 Central Drive
Bedford, TX 76021

### SEE ATTACHED MATRIX

*/s/ Robert T. DeMarco*
**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**        972-991-5591
**F**        972-346-6791

Label Matrix for local noticing
0539-4
Case 26-40707-elm11
Northern District of Texas
Ft. Worth
Wed Jul 15 14:54:52 CDT 2026

Ally Bank Corp c/o AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AmeriCredit Financial Services, Inc. dba GM
PO Box 183853
Arlington, TX 76096-3853

Apex Turnkey Services, LLC
102 Business Park Way, Suite200
Mckinney, TX 75071-1724

COLLIN COUNTY TAX ASSESSOR-COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C
1700 Redbud Blvd., Suite 300
McKinney, TX 75069-3276

Prosper ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Texas Comptroller of Public Accounts, Revenu
John Mark Stern
P.O. Box 12548
Austin, TX 78711-2548

501 W. Tenth Street
Fort Worth, TX 76102-3637

A&J Granite Countertops
13845 Stardust Ln.
Dallas, TX 75234-4841

Accuserve Solutions Inc.
PO Box 9201, LBX 130106
Minneapolis, MN 55480-9201

Alert 360
2448 E. 81st Street, Suite 4300
Tulsa, OK 74137-4285

Ally Bank
PO Box 660109
Dallas, TX 75266-0109

Ally Bank Corp
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank Corp c/o AIS Portfolio Services, L
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

AmeriCredit Financial Services, Inc.
d/b/a GM Financial
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-4727

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

American Express
115 W. Towne Ridge Parkway
Sandy, UT 84070-5511

American Express
116 W. Towne Ridge Parkway
Sandy, UT 84070

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Artisan & Truckers Casualty Co., as Subrogee
939 N. Plum Grove Rd, Ste E
Schaumburg, IL 60173-4798

Brooks Plumbing
627 Walnut Cir E
Garland, TX 75040-6540

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069-3276

Capital One
PO Box 60511
City of Industry, CA 91716-0511

Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Collin County Tax Assesor Collector
PO Box 8046
Mckinney, TX 75070-8046

Community Waste Disposal
PO Box 208939
Dallas, TX 75320-8939

Corporate Business Solutions, Inc
1910 Thomas Avenue
Cheyenne, WY 82001-3527

Crawford Contractor Connection
PO Box 917373
Orlando, FL 32891-7373

DCG Environmentals, LLC
211 W. Pleasant Run Rd, Suite 111
Lancaster, TX 75146-1585

DDS Construction, Inc
1104 W Milam St.
Ennis, TX 75119-4435

DFW Workskills
PO Box 1030
Somerville, TX 77879-1030

DFW Workskills, Inc
P. O. Box 1030
Somerville, TX 77879
P. O. Box 1030, TX 77879-1030

DOM Solution
PO Box 152982
Austin, TX 78715-2982

Danny's Flooring, LLC
3611 Tranquility Ln, Apt 11107
Rowlett, TX 75089

Dorado Remodeling
310 Sand creed Rd.
Cartwright, OK 74731-5202

Erik & Cassandra Robbins
c/o Royal Tapp & Clemko PLLC
5435 N. Garland Ave
Ste 140 Box 172
Garland, TX 75040-2787

Fernandez Roof
3213 Sanders Dr.
Garland, TX 75042-5543

Floor & D?cor
PO Box 8427787
Dallas, TX 75284-2787

Floor Max
4114 Billy Mitchell Dr.
Addison, TX 75001-4350

GM Financial
P.O. Box 650595
Dallas, TX 75265-0595

Garrett Crites
4154 Sun King Lane
Frisco, TX 75033-1310

Gurstel Law Firm
9320 E Raintree Dr Suite 100
Scottsdale, AZ 85260-2072

Gurstel Law Firm P.C.
Mike Daum
6681 Country Club Drive,
Minneapolis, MN 55427-4601

HP EnviroVision
310 E. Trinity Blvd., #800
Grand Prairie, TX 75050-8051

Haltex Plumbing
2301 Colorado Blvd.
Denton, TX 76205-7525

(p)HERC RENTALS INC
ATTN BANKRUPTCY
27500 RIVERVIEW CENTER BLVD 2ND FLOOR
BONITA SPRINGS FL 34134-4328

Home Depot
PO Box 790340
Saint Louis, MO 63179-0340

J&J Granite
2805 Permian Rd.
Aubrey, TX 76227-2169

James Yarborough
Ryan & Jacobs
5465 Legacy Dr. Ste 650
Plano, TX 75024-4171

Jason Reep
Prosperity Bank
3900 S. Soncy Road
Amarillo, TX 79119-6673

Jeremiah B. Hayes
15851 N. Dallas Pkwy. Ste. 410
Addison, TX 75001-6014

Jesus Rodriguez-N&J Labs Remodeling
913 Steadman Dr,
Cedar Hill, TX 75104-7291

Jonathan Guerreca
J&J Granite LLC
2805 Permian RD.
Aubrey, TX 76227-2169

Kelly Voris
8233 Legacy Trail
Mckinney, TX 75071-2378

Kingsway Construction
423 Stone Bridge Circle
Allen, TX 75013-3012

Kyle Voris
11017 North 10th Street 85020-5821

Kyle Voris
11017 North 10th Street
Phoenix, AZ 85020-5821

LL Flooring Inc.
1717 N Central Expy,
Plano, TX 75075-6910

LLC ATS Restoration & Construction
102 Business Park Way, Suite 200
Mckinney, TX 75071-1724

Lake Forest Business Park
816 Parkwood Ct
Mckinney, TX 75072-5389

Leah Burris
603 Odenville Dr
Wylie, TX 75098-6976

Leviton Law Firm, LTD
c/o FedEx
Don A. Leviton
One Pierce Place Ste. 725W
Itasca, IL 60143-1234

Libby Sparks Willis Starnes, PLLC
5950 Berkshire Ln Ste 200
Dallas, TX 75225-5865

Luis Meza Santa Fe Painting & Drywall
4807 rolling meadows dr #102,
Dallas, TX 75211-7608

Matt Price
4813 Sycamore St
Dallas, TX 75204-7085

Mendoza Drywall
2348 Lockhart Ave
Dallas, TX 75228-4038

Mesquite Plumbiing
PO Box BOX 360661
Dallas, TX 75336-0661

Metroplex Gutters
1047 Bells Chapel Rd.
Waxahachie, TX 75165-6737

Michael Van Sluytman, Esq.
55 Almeria Ave. 2nd Floor
Miami, FL 33134-6118

Miller Equipment Co
1000 N First Street
Garland, TX 75040-5712

NEBRASKA FURNITURE MART
5600 NEBRASKA FURNITURE MART DR
#08444
THE COLONY, TX 75056-5348

NSL Contracting, LLC
4675 CR 1080
Princeton, TX 75407-4827

Nina Walker
3001 Dylan Dr
Wylie, TX 75098-8742

NorthStar Renovations
1473 Brewer Ln.
Celina, TX 75009-3829

Peter Ruggero
1411 West Ave. Ste. 200
Austin, TX 78701-1537

Promenade Clocks
300 N Coit Rd #158
Richardson, TX 75080-6242

Prosperity Bank
2101 Custer Road
Plano, TX 75075-2962

Raul Perez
408 S. Texas Street
Celina, TX 75009-6486

Reese Kelly
Foster & Morris, LLC
101 E. Park Blvd Suite 600
Plano, TX 75074-8818

Revenued, LLC
55 Almerica Avenue 2nd Floor
Miami, FL 33134-6118

Sherwin Williams
PO Box 840943
Dallas, TX 75284-0943

Smurfit Westrock Packing Solution
PO Box 844138
Dallas, TX 75284-4138

Spark Capital One
PO Box 60519,
City of Industry, CA 91716-0519

Steve Vasquez
2605 Johnson Dr.
Mesquite, TX 75181-4630

Supreme Millwork
5621 Wimbleton Way
Fort Worth, TX 76133-2814

Texas Building Supply
PO Box 200931
Dallas, TX 75320-0931

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin, TX 78711-2548

Texoma Services
PO Box 2871
Sherman, TX 75091-2871

The Law Offices of Paul G. Dell, PC
Reg. NorthStar Renovations
3900 S. Stonebridge Drive, Suite 204
Mckinney, TX 75070-8027

Top Notch Electrician
324 West US Highway 82
Sherman, TX 75092-4034

Uhaul
PO Box BOX 52128
Phoenix, AZ 85072-2128

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996


Behrooz P. Vida -SBRA V
3000 Central Dr.
Bedford, TX 76021-3671

Cassandra Robbins
Royal Tapp & Clemko PLLC
5435 N Garland Ave
Suite 140, Box 172
Garland, TX 75040-2787

Erik Robbins
Royal Tapp & Clemko PLLC
5435 N Garland Ave
Suite 140, Box 172
Garland, TX 75040-2787


Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

Herc Rentals
27500 Riverview Center Blvd, Suite 100,
Bonita Springs, FL 34134

Texas Comptroller
Capitol Station
PO Box 13528
Austin, TX 78711-3528


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)DeMarcoMitchell, PLLC

(u)Prosperity Bank

(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853


(d)Apex Turnkey Services, LLC
102 Business Park Way, Suite200
Mckinney, TX 75071-1724

(u)D. Ray Murphy
c/o Jeff Webster & Thyra Webster
Abernathy, Roeder, Boyd & Hullett, PC
1700 Redbud Blvd. 200
Austin, TX

(d)GM Financial
PO Box 650595
Dallas, TX 75265-0595


(d)Lake Forest Business Park, LLC
816 Parkwood Ct
Mckinney, TX 75072-5389

(u)Monte's Piano Services
2403 Engleforo Drive

(u)Nebraska Furniture Mart
PO Box 3000
86103


(d)Prosper ISD
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

(u)kyle Voris

End of Label Matrix
Mailable recipients    96
Bypassed recipients    11
Total                 107